AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

**ANTONIO MOLINA**
**FERNANDO NUNEZ-ZARCO**
**OTONEIL ORDUNO**
**DAVID SANCHEZ**
**SILVIO MORALES NUNEZ**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about _____**MARCH 11, 2006**_____ in ___**WASHINGTON**___ county, in the

_____ District of _____**COLUMBIA**_____ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess  with intent to distribute a mixture  and  substance
containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

in violation of Title ____**21**____ United States Code, Section(s) _____**841(a)(1)**_____ .

I further state that I am ____**OFFICER STEVEN MANLEY**____, and that this complaint is

based on the following facts:

## SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:       ☒ Yes   ☐ No

_____

Signature of Complainant
**OFFICER STEVEN MANLEY**
**NARCOTICS SPECIAL INVESTIGATION**
**DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____   at   ____**Washington, D.C.**____
Date                                                                City and State

_____        _____
Name & Title of Judicial Officer                                Signature of Judicial Officer