UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **CRIMINAL NO. 06-086-04 (JR)** |
| (Antonio Molina, et. al.) : | |
| **DAVID SANCHEZ** : | |
| : | |
| **Defendant.** : | |

## DEFENDANT SANCHEZ'S MOTION TO CONTINUE TRIAL

David Sanchez, by and through undersigned counsel, respectfully submits this Motion to Continue the Trial currently scheduled for October 18, 2006 for 60 days, to on or about December 18, 2006 or at a convenient time for the Court. Defendant submits the following grounds for this request:

The undersigned counsel entered an appearance in this case on September 5, 2006.

The undersigned counsel received the files from the defendant's former attorney on September 12, 2006 but will need additional time to evaluate the case, prepare a defense, and prepare for trial.

Assistant United States Attorney Arvind K. Lal has no objection to this motion.

Joanne Vasco, attorney for co-defendant Antonio Molina, has no objection to this motion.

The undersigned counsel was unable to reach Attorney Luiz R.S. Simmons, counsel for co-defendant Fernando Nunez-Zarco.

WHEREFORE, defendant David Sanchez respectfully requests that the Court grant this Motion to Continue the Trial.

    David Sanchez
    By counsel

    Respectfully submitted,


    _____
    Miguel A. Serrano
    Attorney at Law
    Bar No. 491467
    1700 Pennsylvania Ave, NW
    Suite 400
    Washington, DC 20006
    Tel: (202) 452-1160
September 20, 2006    Fax: (202) 349-1499

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 20th day of September 2006, a copy of the foregoing Motion to Continue the Trial was sent via U.S. Mail, postage prepaid to Arvind K. Lal, Office of the United States Attorney, 555 4th Street, NW, Room 4217, Washington, DC 20530.

_____

Miguel A. Serrano

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **CRIMINAL NO. 06-086-04 (JR)** |
| **(Antonio Molina, et. al.)** : | |
| **DAVID SANCHEZ** : | |
| : | |
| **Defendant.** : | |

## ORDER

THIS CAUSE, having come before the Court on the Motion to Continue the Trial, and that Motion having been considered by the Court, and for good cause shown, it is this ___ day of _____, 2006,

ORDERED, that the Motion to Continue the Trial is hereby GRANTED.

AND IT IS FURTHER ORDERED, that the Trial in the above-noted case is hereby continued until the ___ day of _____, 2006.

_____
JUDGE

cc:   Arvind K. Lal
      Office of the United States Attorney
      555 4th Street, NW
      Room 4217
      Washington, DC 20530

      Miguel A. Serrano
      Attorney at Law
      1700 Pennsylvania Ave, NW
      Suite 400
      Washington, DC 20006

Joanne Vasco, Esq.
4102 Madison Street
Hyattsville, MD 20781-1754

Luiz R.S. Simmons, Esq.
8613 Cedar Street
Silver Spring, MD 20910