UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CRIMINAL NO. 06-086-04 (JR) |
| (Antonio Molina, et. al.) : | |
| DAVID SANCHEZ : | |
| : | |
| Defendant. : | |

**STATEMENT ADOPTING DEFENDANT SANCHEZ'S MOTION FOR
SEVERANCE OF DEFENDANTS**

David Sanchez, by and through undersigned counsel, respectfully submits this Statement Adopting Defendant Sanchez's Motion for Severance of Defendants, filed on July 17, 2006.

The undersigned counsel entered an appearance in this case on September 5, 2006.

David Sanchez
By counsel

Respectfully submitted,

_____
Miguel A. Serrano
Attorney at Law
Bar No. 491467
1700 Pennsylvania Ave, NW
Suite 400
Washington, DC 20006
Tel: (202) 452-1160
September 20, 2006                    Fax: (202) 349-1499

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 20th day of September 2006, a copy of the foregoing Statement Adopting the Defendant Sanchez's Motion for Severance of Defendants was sent via U.S. Mail, postage prepaid to Arvind K. Lal, Office of the United States Attorney, 555 4th Street, NW, Room 4217, Washington, DC 20530.

_____

Miguel A. Serrano